CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
EDWARD G. VERONDA
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Edward.G.Veronda@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

In the Matter of the Search of:

One (1) Samsung cell phone

Case No. 2:20-mj-586-BNW

**GOVERNMENT'S MOTION TO UNSEAL CASE**

**CERTIFICATION:** This Motion is timely filed.

COMES NOW the United States of America, by and through its attorneys, CHRISTOPHER CHIOU, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-319-JCM.

**DATED** this 12th day of March, 2021.

Respectfully,
CHRISTOPHER CHIOU
Acting United States Attorney

/ s / Edward G. Veronda
_____
EDWARD G. VERONDA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

In the Matter of the Search of:

One (1) Samsung cell phone

Case No. 2:20-mj-586-BNW

**ORDER TO UNSEAL CASE**

      Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** March 15, 2021.

_____
UNITED STATES MAGISTRATE JUDGE